UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-3031-VBF(PLAx)**              Dated: **September 16, 2010**

Title:   Rejean Fournier -v- Professional Recovery Services, Inc., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

    Kendra Bradshaw                                   None Present
    Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER SETTING OSC RE PROOF OF SERVICE**

This case was filed on April 22, 2010.  No proof of service has been filed with the Court.  Therefore, the Court sets an **Order to Show Cause re Proof of Service for September 27, 2010 on the non-appearance calendar**.  If a Proof of Service is filed by that date, the OSC will be discharged.  Failure to file a Proof of Service may result in fines payable to the Court and/or the ultimate sanction of termination, i.e., dismissal of the complaint.  If a Proof of Service has not been filed, Plaintiff shall file a response as to why the case should not be dismissed for failure to comply with the Federal Rules of Civil Procedure.

The CRD will set a Scheduling Conference in a separate Minute Order, which will come off calendar if the case is dismissed.

MINUTES FORM 90                              Initials of Deputy Clerk ___kb___
CIVIL - GEN

-1-